# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br>        Plaintiff,<br><br>v.<br><br>FUJIFILM CORPORATION,<br>        Defendant. | )<br>)<br>)<br>)<br>)    4:23-CV-00922-ALM<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is Plaintiff Optimum Imaging Technologies, LLC ("Plaintiff") and De-fendant Fujifilm Corporation's ("Defendant") Joint Motion to Dismiss. After due consideration, the Court finds that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that all claims and counterclaims asserted in this case be DIS-MISSED with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

    IT IS SO ORDERED.
    SIGNED this 10th day of May, 2025.


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE